140 So. 883

## R. L. SPEAGLE v. STATE.

### 6 Div. 144.

Supreme Court of Alabama.

April 7, 1932.

Ross, Bumgardner, Ross & Ross, of Bessemer, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, J.

Petition of R. L. Speagle for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Speagle v. State, 140 So. 883.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.